UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

CARTER MCGEE,

    Plaintiff,

v.

HANGER PROSTHETICS & ORTHOTICS, INC., et al.

    Defendants.

2:12-CV-00535-PMP-VCF

ORDER

IT IS ORDERED that Plaintiff's Petition for Order Approving Compromise of Disputed Claim of Carter McGee, a Minor Child (Doc. #31), filed October 11, 2013, is unopposed, and it further appearing the settlement of the minor's claim is appropriate, and good cause appearing, Plaintiff's Petition is hereby approved.

DATED: October 29, 2013

_____
PHILIP M. PRO
United States District Judge